| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | gsgilchrist@townsend.com; glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No.  C-06-04636 MHP |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| VON DUTCH ORIGINALS, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice against defendant Von Dutch Originals, LLC.  As of this date, defendant Von Dutch Originals, LLC has not filed an answer or otherwise responded to the complaint.

DATED:  October 3, 2006            Respectfully submitted,

By:  /s/ Gregory S. Gilchrist
   Gregory S. Gilchrist
   TOWNSEND AND TOWNSEND AND CREW LLP

   Counsel for Plaintiff
   LEVI STRAUSS & CO.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Marilyn H. Patel]

10/4/2006